Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
22 W. Washington Street, Suite 1500
Chicago, IL 60602
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
ANDREA MATUA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| ANDREA MATUA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE MCKELLAR GROUP, LLC f/k/a MCKELLER & ASSOCIATES GROUP, INC.,<br><br>　　　　Defendant. | **Case No.:** 8:14-cv-00183-AG-AN<br><br>**NOTICE OF SETTLEMENT** |

**<u>NOTICE OF SETTLEMENT</u>**

　　Plaintiff, ANDREA MATUA ("Plaintiff"), through Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　DATED:  April 7, 2014　　　　AGRUSS LAW FIRM, LLC


　　　　　　　　　　　　　　　By: <u>/s/ Michael S. Agruss</u>
　　　　　　　　　　　　　　　　　Michael S. Agruss
　　　　　　　　　　　　　　　　　Attorney for Plaintiff

1

**PROOF OF SERVICE**

I, Michael S. Agruss, state the following:

I am employed in Chicago, Illinois. I am over the age of 18, and am not a party to this action. My business address is 22 W. Washington Street, Suite 1500, Chicago, IL 60602. On April 7, 2014, I served the following documents:

**NOTICE OF SETTLEMENT**

On the parties listed below:

EDWARD T. WEBER
ed@weberlegal.com
Law Offices of Edward T. Weber
17155 Newhope Street, Suite H
Fountain Valley, California 92708
Telephone: (657) 235-8359
**Attorney for Defendant**
**THE MCKELLAR GROUP, LLC f/k/a MCKELLER & ASSOCIATES GROUP, INC.**

By the following means of service:

[X]   **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically to the e-mail address(es) listed above. I am readily familiar with the firm's Microsoft Outlook e-mail system, and the transmission was reported as complete, without error.

[X]   **FEDERAL:** I declare under penalty of perjury under the laws of Illinois that the above is true and correct.

Executed on April 7, 2014, in Chicago, Illinois.

By:_____/s/ Michael S. Agruss_____
        Michael S. Agruss